1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10  ALBERT ORTEGA, JR.,                    )   No. CV 14-6544 JLS (FFM)
                                           )
11                      Petitioner,        )   ORDER RE FINDINGS, CONCLUSIONS
                                           )   AND RECOMMENDATIONS OF
12          v.                             )   UNITED STATES MAGISTRATE JUDGE
                                           )
13  STU SHERMAN, Warden                    )
                                           )
14                      Respondent.        )
    _____)

15

16          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

17  Habeas Corpus, all the records and files, the attached Report and Recommendation of

18  United States Magistrate Judge ("Report and Recommendation"), and petitioner's

19  objections to the Report and Recommendation.

20          The Magistrate Judge offered petitioner an opportunity to voluntarily dismiss

21  Claims Three through Five without prejudice in which case respondent would be ordered

22  to answer Claims One and Two.  In petitioner's objections to the Report and

23  Recommendation, petitioner states that he is voluntarily dismissing Claims Three, Four

24  and Five.  Petitioner states that he wishes to exhaust Claim Three and then submit an

25  amended petition pursuing Claims One, Two and Three.

26  / / /

27  / / /

28  / / /

The Magistrate Judge had recommended that Claims Three, Four and Five be dismissed if petitioner did not voluntarily dismiss them.  Therefore, petitioner having requested that Claims Three, Four and Five be dismissed, the Court dismisses Claims Three, Four and Five without prejudice.

The Magistrate Judge will direct the parties how to proceed with respect to the claims remaining in the petition.


DATED:   June 23, 2015

_____
JOSEPHINE L. STATON
United States District Judge